Opinion filed March 6, 2015



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00033-CR
_____

## IN RE SCOTT L. GIBSON

### Original Proceeding

### M E M O R A N D U M   O P I N I O N

Appearing pro se, Scott L. Gibson has filed in this court a petition for "writ of coram nobis" and a motion for an evidentiary hearing. We dismiss both for want of jurisdiction.

The purpose of a writ of coram nobis is to bring before the court that rendered judgment matters of fact which, if known at the time of judgment, would have prevented its rendition. *Ex parte McKenzie*, 29 S.W.2d 771, 772 (Tex. Crim. App. 1930). This common law writ is not recognized in Texas. *Ex parte Massey*, 249 S.W.2d 599, 601 (Tex. Crim. App. 1952); *In re Harrison*, No. 11-14-00196-CR, 2014 WL 3865818, at *1 (Tex. App.—Eastland July 31, 2014, orig. proceeding) (mem. op., not designated for publication). Furthermore, the

substance of the relief sought by Gibson is postconviction relief from a final felony conviction—relief for which the habeas corpus procedure set out in Article 11.07 of the Code of Criminal Procedure provides the exclusive remedy. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07 (West Supp. 2014). Article 11.07 vests complete jurisdiction for such relief in the Texas Court of Criminal Appeals. *Id.* art. 11.07, §§ 3, 5; *Bd. of Pardons & Paroles ex rel. Keene v. Court of Appeals for Eighth Dist.*, 910 S.W.2d 481, 484 (Tex. Crim. App. 1995); *Hoang v. State*, 872 S.W.2d 694, 697 (Tex. Crim. App. 1993).

Accordingly, Gibson's petition for writ of coram nobis and his motion for an evidentiary hearing are dismissed for want of jurisdiction.

PER CURIAM

March 6, 2015

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.

2